In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00274-CV

_____

IN RE THOMAS N. CAMPBELL, CHRISTY W. KOLVA, ISABELLE
CAMPBELL, ASHLEY GATES, FOSTER MANAGEMENT, L.L.C.,
AND FOSTER TIMBER, LTD.

Original Proceeding
284th District Court of Montgomery County, Texas
Trial Cause No. 18-12-15871-CV

**MEMORANDUM OPINION**

In a petition for a writ of mandamus, Relators (Thomas N. Campbell, Christy

W. Kolva, Isabelle Campbell, Ashley Gates, Foster Management, L.L.C., and Foster

Timber, Ltd.) ask this Court to order the trial court to promptly consider and rule on

their Application for In-Kind Liquidation and Discovery Motion.

To obtain extraordinary relief in a writ of mandamus, Relators must show that

the trial court abused its discretion and no adequate remedy exist through a regular

appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004)

1

(orig. proceeding). In determining whether a remedy by appeal is adequate, we consider whether the benefits outweigh the detriments of mandamus review. *In re BP Products N. Am., Inc.*, 244 S.W.3d 840, 845 (Tex. 2008) (orig. proceeding).

After reviewing the petition, the responses filed by the real parties in interest, and the Relators' reply, we conclude that Relators have not shown that they are entitled to mandamus relief. Accordingly, we deny the petition for a writ of mandamus.

PETITION DENIED.

PER CURIAM

Submitted on September 28, 2021
Opinion Delivered November 24, 2021

Before Golemon, C.J., Horton and Johnson, JJ.

2